JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: SACV 15-01839-JLS(KESx) |
| Plaintiff, | **CONSENT JUDGMENT** |
| vs. | |
| $165,822.00 IN U.S. CURRENCY, ONE 2014 BUICK LACROSSE, AND THREE UNITED STATES POSTAL MONEY ORDERS VALUED AT $3,000.00, | |
| Defendants. | |
| PHUC THI LE AND XUYEN NHUT LAM, | |
| Claimants. | |

Plaintiff United States of America ("the government") and Claimants Phuc Thi Le and Xuyen Nhut Lam (the "Claimants") have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests Claimants, may have had in the defendants $165,822.00 in U.S. Currency, One 2014 Buick Lacrosse, and Three United States Postal Money Orders Valued At $3,000.00 ("defendant assets").  This civil forfeiture action was commenced on November 9, 2015.  Phuc Thi Le and Xuyen Nhut Lam each filed a claim to the defendant assets and an answer.  No other claims or answers were filed, and the time for filing claims and answers has expired.

The government and Claimants have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all claims concerning the defendant assets.

The Court has been duly advised of and has considered the matter.  Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that (A) the claims filed in this action by Claimants Phuc Thi Le and Xuyen Nhut Lam are withdrawn; and (B) the defendant assets, including all interest earned by the government since seizure, shall be forfeited to the United States of America.

The United States of America and its agencies, agents, and officers (including employees and agents of Drug Enforcement Administration ("DEA")), have been released by Claimants from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant currency and/or this civil forfeiture action, including, without

limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Claimants against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.

The Court finds that there was reasonable cause for the seizure of the defendant assets and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Each of the parties shall bear their own fees and costs in connection with the seizure, retention and return of the defendant assets.

DATED: March 11, 2016

                                   Hon. Josephine L. Staton
                                   UNITED STATES DISTRICT JUDGE