UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:15-CV-01839 JLS (KES)                                             Date:  November 9, 2016
Title:  United States of America v. $165,822.00 in US Currency, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

  Terry Guerrero                                                                                         N/A
    Deputy Clerk                                                                                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                                                    Not Present

**PROCEEDINGS:**   **(IN CHAMBERS)   ORDER TO SHOW CAUSE ("OSC") and ORDER CONTINUING SCHEDULING CONFERENCE**

    On September 16, 2016, the Court set a scheduling conference for November 10, 2016, and ordered counsel to "file a Joint 26(f) Report . . . **no later than 14 days before the date set for the scheduling conference.**"  (Doc. 38 ¶ 1 (emphasis in the original).)  Pursuant to the Court's discretion under Fderal Rule of Civil Procedure 37(b)(2)(A)(v)-(vii), failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or finding the parties in contempt of court for failure to obey a court order.

    On its own motion, therefore, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or find the parties in contempt for counsel's failure to submit a Joint Rule 26(f) Report.  **No later than November 23, 2016,** counsel shall submit a Joint Rule 26(f) Report and a separate written response explaining why counsel has failed to comply with the Court's filing deadlines.

    The Court CONTINUES the Scheduling Conference to December 2, 2016, at 1:30 p.m.

**IT IS SO ORDERED.**

Initials of Preparer:   tg